

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2018

No. 04-18-00304-CR

Amanda Louise **WILLIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1730
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant Amanda Louise Willis appeals her conviction for possession of a controlled substance with intent to deliver. On June 21, 2018, appellant's counsel filed a motion to dismiss the appeal pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). However, the motion only contains counsel's signature and does not contain a signature from appellant. Rule 42.2(a) provides that:

> At any time before the appellate court's decision, the appellate court may dismiss the appeal upon the appellant's motion. The appellant *and* his or her attorney *must* sign the written motion to dismiss and file it in duplicate with the appellate clerk, who must immediately send the duplicate copy to the trial court.

*Id.* (emphasis added). "Without appellant's signature or a statement made in open court by appellant that [s]he no longer desires to appeal, we are unable to grant the motion to dismiss pursuant to Rule 42.2(a)." *Brennan v. State*, No. 08-03-00118-CR, 2003 WL 21487810, at * 1 (Tex. App.—El Paso June 26, 2003, no pet.). Accordingly, we **DENY** appellant's motion to dismiss without prejudice.

We order the clerk of this court to serve copies of this order on appellant and the attorneys of record.

_____
Marialyn Barnard, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court